# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-177 |
| DALTON BENNETT, ET AL. | SECTION "N" |

## ORDER AND REASONS

Before the Court is the Motion for a Judgment of Acquittal and/or Motion for a New Trial (Rec. Doc. 196). After considering the memoranda filed by the parties (See also Rec. Docs. 200, 206, and 220) and the applicable law,

**IT IS ORDERED** that **Motion for a Judgment of Acquittal and/or Motion for a New Trial (Rec. Doc. 196)** is **DENIED**, for substantially the same reasons stated by the Government in their oppositions (Rec. Docs. 200 and 220) to the instant motion.

New Orleans, Louisiana, this 27th day of August, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Judge**